**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1412**

---

VICTORIA EKGH-NJOKU,

                                                        Petitioner,


        versus


U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                                        Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A24-876-363)

---

Submitted: September 8, 2000      Decided: September 26, 2000

---

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for Petitioner. David W. Ogden, Acting Assistant Attorney General, Terri J. Scadron, Senior Litigation Counsel, John D. Williams, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Victoria Ekgh-Njoku seeks review of the Board of Immigration Appeals' ("Board") decision and order denying her motion to reopen to apply for adjustment of status under § 245(a) of the Immigration and Nationality Act, codified at 8 U.S.C.A. § 1255(a) (West 1999). Our review of the record discloses that the Board properly denied Ekgh-Njoku's motion to reopen and that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. <u>See Ekgh-Njoku v. INS</u>, No. A24-876-363 (B.I.A. Mar. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>